# Court of Appeals
# of the State of Georgia

ATLANTA, September 16, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0003.  THOMAS HALSEY, JR. v. THE STATE.**

On August 16, 2013, Thomas Halsey, Jr. filed this application for discretionary appeal.  He appears to be seeking review of the trial court's April 10, 2013, order denying his motion for credit for time served.  We lack jurisdiction because his application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Halsey filed his application 128 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*